# UNITED STATES DISTRICT COURT

## Northern District of California

Christie, Manson & Woods Ltd.,

       Plaintiff (s),

    V.

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

Halsey Minor,

       Defendant (s),

**CASE NUMBER:** CV09-0471 WHA

Notice is hereby given that, subject to approval by the court, Christie, Manson & Woods Ltd.   substitutes
                           (Party (s) Name)

Raoul Dion Kennedy               , State Bar No. 40892     as counsel of record in
     (Name of New Attorney)

place of Rita M. Haeusler/Hughes Hubbard & Reed LLP.
             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:    Skadden, Arps, Slate, Meagher & Flom LLP

   Address:     Four Embarcadero Center, Suite 3800, San Francisco, CA 94111

   Telephone:    (415) 984-6400        Facsimile (415) 984-2698

   E-Mail (Optional):   rkennedy@skadden.com

I consent to the above substitution.

Date:    April 9 , 2009                     
                          (Signature of Party (s))

I consent to being substituted.

Date:    April 6 , 2009                     
                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    April 7 , 2009                     
                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    April 13, 2009                   
                    Judge William Alsup

IT IS SO ORDERED

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]